**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 26 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-10418 |
| Plaintiff-Appellee, | D.C. No. 3:05-cr-00241-LRH-VPC-1 |
| v. | |
| JAMES BRETT ZIMMERMAN, | |
| Defendant-Appellant. | MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Nevada
Larry R. Hicks, District Judge, Presiding

Submitted August 17, 2021[**]

Before:      SILVERMAN, CHRISTEN, and LEE, Circuit Judges.

James Brett Zimmerman appeals from the district court's order denying his

motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i).  We have

jurisdiction under 28 U.S.C. § 1291, and we affirm.

Zimmerman contends that the district court failed to consider sufficiently his

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

arguments for compassionate release and the 18 U.S.C. § 3553(a) factors, and did not adequately explain its decision to deny his motion. The record reflects that the court considered Zimmerman's arguments and the relevant § 3553(a) factors and provided an adequate explanation of its reasons for denying relief, including Zimmerman's extensive criminal history. *See Chavez-Meza v. United States*, 138 S. Ct. 1959, 1965 (2018). We need not reach Zimmerman's argument that the district court's findings regarding the risk to him posed by COVID-19 were erroneous because the court's independent conclusion that the § 3553(a) factors did not support relief provides an adequate basis to affirm. *See United States v. Keller*, 2 F.4th 1278, 1284 (9th Cir. 2021) (district court may deny a compassionate release motion solely on the basis of the § 3553(a) factors). Because the district court appropriately weighed the § 3553(a) factors and Zimmerman's arguments, and reasonably concluded that relief was not warranted, it did not abuse its discretion by denying Zimmerman's motion. *See Keller*, 2 F.4th at 1281, 1284; *United States v. Robertson*, 895 F.3d 1206, 1213 (9th Cir. 2018) (district court abuses its discretion only if its decision is illogical, implausible, or not supported by the record).

**AFFIRMED.**